## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**Civil Case Number: 3:18-cv-01286-TJC-MCR**

| | |
|---|---|
| Carley Coburn, | : |
|             Plaintiff, | : |
| vs. | : |
| Bluestem Brands, Inc. d/b/a Fingerhut, | : |
|             Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Stipulation of Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 24, 2019

                                                  Respectfully submitted,

                                                  */s/ Janelle A. Weber*
                                                Janelle A. Weber, Esq.
                                                Florida Bar No. 017630
                                                Law Office of Janelle A. Weber, P.A.
                                                1520 W. Cleveland St., Ste. A
                                                Tampa, FL 33606
                                                Telephone: (813) 982-3663
                                                Facsimile: (813) 982-3810
                                                E-mail: jweber@janelleweberlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Janelle A. Weber

Janelle A. Weber, Esq.