UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**Civil Case Number: 3:18-cv-01286-TJC-MCR**

Carley Coburn,

          Plaintiff,

vs.

Bluestem Brands, Inc. d/b/a Fingerhut,

          Defendant..

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Carley Coburn | Bluestem Brands, Inc. d/b/a Fingerhut |
|---|---|
| _/s/ Janelle A. Weber_ | _/s/ Ailen Cruz_ |
| Janelle A. Weber, Esq. | Ailen Cruz, Esq. |
| Florida Bar No. 017630 | Florida Bar No. 105826 |
| Law Office of Janelle A. Weber, P.A. | WIAND GUERRA KING P.A. |
| 1520 W. Cleveland St., Ste. A | 5505 W. Gray Street |
| Tampa, FL 33606 | Tampa, FL 33609 |
| Telephone: (813) 982-3663 | Telephone: (813) 347-5100 |
| Facsimile: (813) 982-3810 | Facsimile: (813) 347-5198 |
| E-mail: jweber@janelleweberlaw.com | Email: acruz@wiandlaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF), which sent notice of such filing to the following:

By  /s/ *Janelle A. Weber*

Janelle A. Weber, Esq.