# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CARLEY COBURN,

    Plaintiff,

v.                                                   Case No. 3:18-cv-1286-J-32MCR

BLUESTEM BRANDS, INC.,

    Defendant.

_____

## **O R D E R**

Upon review of Stipulation of Dismissal (Doc. 15), filed on September 17, 2019, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of September, 2019.

                                                                      TIMOTHY J. CORRIGAN
                                                                      United States District Judge

jb
Copies:

Counsel of record